UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.      2:25-cv-07222-AJR                                   Date:  November 13, 2025
                                                                                    Page 1 of 2

Title:          Chengshan Sui v. Kristi Noem, et al.

DOCKET ENTRY:   **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On August 5, 2025, Plaintiff filed the instant lawsuit.  (Dkt. 1.)  The Complaint names as defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, Angelic Alfonso-Royals, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, and Pam Bondi, in her official capacity as Attorney General of the United States.  (Id.)  As of today, no defendant has appeared in the action and no proof of service has been filed.

Federal Rule of Civil Procedure 4(m) provides in relevant part that if a "defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    2:25-cv-07222-AJR | Date:  November 6, 2025 |
| | Page 2 of 2 |

Title:    Chengshan Sui v. Kristi Noem, et al.

after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, the Rule also provides that if the plaintiff shows good cause for the failure, "the court must extend the time for service for an appropriate period." Id.  Because this matter was filed on August 5, 2025, the deadline to effectuate service on every defendant expired on November 3, 2025.

Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, **Plaintiff is ORDERED TO SHOW CAUSE no later than November 27, 2025**, why this action should not be dismissed without prejudice for failure to timely effectuate service on every defendant.  To satisfy this Order, Plaintiff must either file a proof of service demonstrating service of the Complaint, Summons, and Notice of Assignment on every defendant, or Plaintiff must file a response explaining why this action should not be dismissed for failure to timely effectuate service on every defendant.

**Plaintiff is explicitly cautioned that failure to timely respond to this Order will result in this action being dismissed without prejudice pursuant to Rule 4(m).  If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.**

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).